IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**SHERMAN OBY,**                                                                                               **PLAINTIFF**

**v.**                         **CIVIL ACTION NO.: 4:14cv45-SA-JMV**

**OFFICER SANDER, CAPT. WIFRED LUNFORD,**
**C/O OFFICER WILLIAMS, and**
**C/O OFFICER RAMAN KING,**                                         **DEFENDANTS**

## ORDER ADOPTING REPORT AND RECOMMENDATION

Upon consideration of the file and records in this action, the Court finds that the Report and Recommendation of the United States Magistrate Judge dated May 20, 2014, was on that date duly served by mail on the *pro se* plaintiff at his last known address; that more than fourteen days have elapsed since service of the Report and Recommendation; and that no objection to the Report and Recommendation has been filed or served by any party. The Court is of the opinion that the Magistrate Judge's Report and Recommendation should be approved and adopted as the opinion of the Court. It is, therefore, **ORDERED**:

1. That the Report and Recommendation of the United States Magistrate Judge dated May 20, 2014, is hereby **APPROVED AND ADOPTED** as the opinion of the Court.

2. That Captain Wifred Lunford be **DISMISSED** from this action.

3. That the plaintiff's claims against the remaining defendants **PROCEED**.

**SO ORDERED** this the 24th day of June, 2014.

                                                                                         /s/ Sharion Aycock
                                                                                        **U.S. DISTRICT JUDGE**