IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

SHERMAN OBY                                                                                    PLAINTIFF

V.                                          CIVIL ACTION NO.: 4:14cv45-SA-JMV

OFFICER SANDER, ET AL.                                                               DEFENDANTS

## JUDGMENT

In accordance with the Memorandum Opinion and Order entered today, Oby's motion for summary judgment [ECF No. 67] is **DENIED**, Defendant King's motion for summary judgment [ECF No. 49] is **GRANTED**, and Defendant Minton's motion for summary judgment [ECF No. 94] is **GRANTED**. Defendants King and Minton are hereby **DISMISSED WITH PREJUDICE** from this action.

**SO ORDERED** this the 23rd day of July, 2015.

                                                        /s/ Sharion Aycock
                                                        **U.S. DISTRICT JUDGE**